United States District Court

Eastern District of California

Nettie Reay,

       Petitioner,　　　　　　　　No. Civ. S 05-0356 FCD PAN P

  vs.　　　　　　　　　　　　　　Order

Gloria Henry, Warden,

       Respondent.

-oOo-

April 28, 2005, respondent requested an extension of time to file and serve a response to the habeas petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  May 19, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge