IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NETTIE REAY,

    Petitioner,               No. CIV S-05-0356 GEB DAD P

    vs.

GLORIA HENRY, Warden,

    Respondent.             ORDER

_____/

        Petitioner paid the required filing fee when she filed this action. Petitioner subsequently filed an application to proceed in forma pauperis and a letter in which she states that she "would like to keep the lawyer that has been doing all my appeals."

        Petitioner is advised that there currently exists no right to appointment of counsel in federal habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, counsel may be appointed at any stage of a federal habeas proceeding "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. The court does not find that the interests of justice require appointment of counsel in this case at the present time.

        Petitioner's application to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915. The application will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 7, 2005 application to proceed in forma pauperis is granted; and

2. Petitioner's April 7, 2005 request for appointment of state appellate counsel is denied.

DATED: June 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
reay0356.110