IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NETTIE REAY,

      Petitioner,                        No. CIV S-05-0356 GEB DAD P[1]

   vs.

GLORIA HENRY, Warden,

      Respondent.                  ORDER

_____/

      Respondent has requested a 12-day extension to time to respond to the petition for writ of habeas corpus. Respondent's first request for extension of time was granted on May 19, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's June 14, 2005 second request for extension of time is granted.

      2. Respondent's response is due on June 30, 2005.

DATED: June 17, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13
reay0356.111s

---

[1] Respondent's request for reassignment of this case was granted on June 3, 2005. The case number has been modified accordingly and should appear on all documents filed in this case.