IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NETTIE REAY,

    Petitioner,        No. CIV S-05-0356 GEB DAD P

    vs.

GLORIA HENRY, Warden,

    Respondent.        <u>ORDER</u>

        Petitioner has filed a renewed motion for appointment of counsel and a motion for extension of time to file a reply to respondent's answer.

        Upon consideration of petitioner's renewed motion for appointment of counsel, the court does not find that the interests of justice require appointment of counsel at this time. <u>See</u> 18 U.S.C. § 3006A (authorizing appointment of counsel at any stage of a habeas case "if the interests of justice so require"); Rule 8(c), Fed. R. Governing § 2254 Cases.

        Good cause appearing, petitioner's motion for extension of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 21, 2005 renewed motion for appointment of counsel is denied;

        2. Petitioner's July 21, 2005 motion for extension of time is granted; and

1

1      3. Petitioner is granted thirty days from the date of this order in which to file and
2 serve a reply to respondent's answer filed June 28, 2005.
3 DATED: July 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
reay0356.110+ext