IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETTIE REAY,** | CIV S 05-0356 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **GLORIA HENRY, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional seven days, to and including February 4, 2009, to lodge the videotape of Petitioner's statements to police and any written transcription thereof.

DATED: January 28, 2009.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:reay356.ext